FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

2005 OCT -7  PM 12: 47

FOR THE SOUTHERN DISTRICT OF GEORGIA

CLERK
SO. DIST. OF GA.

AUGUSTA DIVISION

PERNARD DAVID PRYOR,                    )
                                        )
              Petitioner,               )
                                        )
    v.                                  )    CV 105-113
                                        )    (Formerly CR 102-010)
                                        )
UNITED STATES OF AMERICA,               )
                                        )
              Respondent.               )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the § 2255 motion is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 7th day of October, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE